# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JUAN CARLOS GIL,

    Plaintiff,

v.                                                                                 Case No: 2:18-cv-284-FtM-38UAM

GULF COAST COMMERCIAL
CORPORATION,

    Defendant.
_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Second Unopposed Motion to Extend the Deadline for Mediation. Doc. 19. Plaintiff seeks to extend the deadline for mediation from February 28, 2019 to April 8, 2019 to accommodate scheduling a mutually convenient date for the parties to mediate. *Id.* at 1; *see* Doc. 17 at 2. Defendant does not oppose the request. Doc. 19 at 2. For good cause shown and because the motion is unopposed, the Court will grant the requested extension. Further, based on the extension of the mediation deadline, the Court will adjust the deadline for the parties to jointly file a status report advising the Court as to the status of settlement discussions. *See* Doc. 17 at 2.

ACCORDINGLY, it is

**ORDERED:**

1. Plaintiff's Second Unopposed Motion to Extend the Deadline for Mediation (Doc. 19) is **GRANTED**. The parties shall have up to and including **April 8, 2019** to complete mediation.

2. By **April 22, 2019**, the parties must jointly file a status report advising the Court whether they have settled the case or reached an impasse. All other directives set forth in the ADA Title III Scheduling Order (Doc. 14) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of February, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record